**Dismissed and Opinion Filed August 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00262-CV

**LAVERNE WILLIS, Appellant**
**V.**
**TEXAS ELITE COLLISION PAINT & BODY AND BRENDA ROBLES, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-06380-E**

## MEMORANDUM OPINION

Before Justices Myers, Stoddart, and Whitehill
Opinion by Justice Whitehill

Appellant's brief in this case is overdue. By order dated May 3, 2016, we ordered the appeal submitted without a reporter's record and directed appellant to file her brief by June 2, 2016. By postcard dated June 6, 2016, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file her brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of her brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Bill Whitehill/
BILL WHITEHILL
JUSTICE


160262F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LAVERNE WILLIS, Appellant

No. 05-16-00262-CV          V.

TEXAS ELITE COLLISION PAINT &
BODY AND BRENDA ROBLES,
Appellees

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-15-06380-E.
Opinion delivered by Justice Whitehill.
Justices Myers and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees TEXAS ELITE COLLISION PAINT & BODY AND BRENDA ROBLES recover their costs of this appeal from appellant LAVERNE WILLIS.

Judgment entered August 15, 2016.